Honorable Karen L. Strombom

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| IBEW 76 HEALTH & WELFARE TRUST OF SOUTHWEST WASHINGTON, IBEW 76 ANNUITY PLAN, JOINT APPRENTICESHIP TRAINING COMMITTEE, IBEW PACIFIC COAST PENSION FUND and NATIONAL ELECTRICAL BENEFIT FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN ENNIS and JANE DOE ENNIS, husband and wife and the marital community comprised thereof, NATHAN MOREAU and JANE DOE MOREAU, and ARROW ELECTRIC, LLC, a Washington limited liability company,<br><br>Defendants. | CAUSE NO.: C05-5655KLS<br><br>MOTION AND ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>**NOTE ON MOTION CALENDAR: November 3, 2005** |

    Plaintiffs IBEW 76 Health & Welfare Trust of Southwest Washington, IBEW 76 Annuity Plan, Joint Apprenticeship Training Committee, IBEW Pacific Coast Pension Fund and National Electrical Benefit Fund (Trust Funds), by and through their counsel of record, hereby move the Court to dismiss this action without prejudice against Defendants John Ennis and Jane Doe Ennis, husband and wife and the marital community comprised thereof, Nathan Moreau and Jane Doe Moreau, and Arrow Electric, LLC, a Washington limited liability

MOTION & ORDER OF DISMISSAL WITHOUT PREJUDICE
CASE NO. C05-5655KLS - PAGE 1 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1  company for the reason that Plaintiff Trust Funds' claim against said Defendants John Ennis
2  and Jane Doe Ennis, husband and wife and the marital community comprised thereof, Nathan
3  Moreau and Jane Doe Moreau, and Arrow Electric, LLC, a Washington limited liability
4  company has been resolved covering the period June 2005.  Provided further that Plaintiffs
5  reserve the right to pursue future disclosures of delinquencies during this time period.
6  DATED this 2nd day of November, 2005.

7
8  s/Robert A. Bohrer
   WSBA #5050
9  Ekman, Bohrer & Thulin, P.S.
   220 W. Mercer, Ste. 400
10 Seattle, WA  98119
   Telephone: (206) 282-8221
11 Fax: (206) 285-4587
   E-mail: r.bohrer@ekmanbohrer.com
12 Attorney for Plaintiff Trust Funds

13 **ORDER**

14  Pursuant to Plaintiff Trust Funds' Motion, the Clerk is hereby directed to dismiss
15 without prejudice IBEW 76 Health & Welfare Trust of Southwest Washington, IBEW 76
16 Annuity Plan, Joint Apprenticeship Training Committee, IBEW Pacific Coast Pension Fund
17 and National Electrical Benefit Fund's action against Defendants John Ennis and Jane Doe
18 Ennis, husband and wife and the marital community comprised thereof, Nathan Moreau and
19 Jane Doe Moreau, and Arrow Electric, LLC, a Washington limited liability company in
20 accordance with the following Order.  It is hereby
21  **ORDERED** that the above-entitled action against Defendants John Ennis and
22 Jane Doe Ennis, husband and wife and the marital community comprised thereof, Nathan
23 Moreau and Jane Doe Moreau, and Arrow Electric, LLC, a Washington limited liability
24 company shall be and hereby is dismissed without prejudice and without costs to either party.
25

MOTION & ORDER OF DISMISSAL WITHOUT PREJUDICE
CASE NO. C05-5655KLS - PAGE 2 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1  This dismissal is without prejudice to Plaintiffs' right to pursue future disclosures of
2  delinquencies during this time period.
3      DATED this 3rd day of November, 2005.

4

5                                   Karen L. Strombom
6                                   United States Magistrate Judge

7

8  Presented by:

9  s/Robert A. Bohrer
   WSBA #5050
10 Ekman, Bohrer & Thulin, P.S.
   220 W. Mercer, Ste. 400
11 Seattle, WA  98119
   Telephone: (206) 282-8221
12 Fax: (206) 285-4587
   E-mail: r.bohrer@ekmanbohrer.com
13 Attorney for Plaintiff Trust Funds

14

15

16

17

18

19

20

21

22

23

24 S:\Collections\IBEW76-3376\Pleadings\2005\Arrow Elec 3376 USDC Dismissal.doc

25

MOTION & ORDER OF DISMISSAL WITHOUT PREJUDICE       **EKMAN, BOHRER & THULIN, P.S.**
CASE NO. C05-5655KLS - PAGE 3 OF 3       QUEEN ANNE SQUARE
      220 WEST MERCER ST., SUITE 400
      SEATTLE, WASHINGTON 98119
      TELEPHONE (206) 282-8221
      FAX (206) 285-4587